UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __23-20394-CR-ALTMAN/REID__

IN RE SEALED INDICTMENT

_____/

**MOTION TO SEAL**

FILED BY ___mdc___ D.C.

Sep 27, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, FL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment, arrest warrant, bond recommendation, and any resulting order be SEALED until the arrest of the first defendant or until further order of this court for the reason that the defendants may flee, and the integrity of the ongoing investigation might be compromised. The United States Attorney's Office also respectfully requests that it be allowed to obtain and to provide copies of these documents to other agencies or governments in order to effect the arrest and extradition of the defendants from another country. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ M. Botero
MONIQUE BOTERO
Assistant United States Attorney
Florida Bar No.: 722286
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: 305-961-9010
Email: Monique.Botero@usdoj.gov