UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20394-CR-ALTMAN/REID

IN RE SEALED INDICTMENT
_____/

**SEALED ORDER**

FILED BY _mdc_ D.C.
Sep 27, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, FL

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrant, and this order and the Court finding good cause:

IT IS HEREBY ORDERED that the Indictment, arrest warrant, bond recommendation, the government's motion to seal, and this order shall be filed under seal until the arrest of the first defendant or until further order of this Court. However, the United States Attorney's Office may obtain copies of the indictment, arrest warrants, bond recommendations, or other sealed document for purposes of arrest, extradition, or any other necessary cause and the United States Attorney's Office may provide copies of these documents to other agencies or governments in order to effect the extradition of the defendants from another country.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of September, 2023.

_____
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE