UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20394-CR-ALTMAN

UNITED STATES OF AMERICA

vs.

HANHONG MEDICINE TECHNOLOGY
(HUBEI) CO., LTD.,
    a/k/a "Hanhong Pharmaceutical
        Technology Co., Ltd.,"
CHANGGEN DU,
    a/k/a "Parr Du," and
XUEBI GAN,
    a/k/a "Bella Chen,"

    Defendant.
_____/

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Mitchell Evan Hyman, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:    *s/ Mitchell E. Hyman*
       Mitchell Evan Hyman
       Assistant United States Attorney
       Florida Bar No. 125405
       U.S. Attorney's Office
       99 N.E. 4th Street, 7th Floor
       Miami, FL 33132-2111
       Telephone: (305) 961-9283
       E-mail: Mitchell.Hyman@usdoj.gov